■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARDO MOREL-BACA, Appellant. [4 NYS3d 893]—Appeal by the defendant from an order of the County Court, Westchester County (Cacace, J.), entered May 16, 2013, which, after a hearing pursuant to Correction Law article 6-C, designated him a level two sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, he was properly assessed points under risk factor 7 based upon his conviction of possession of child pornography (*see People v Gillotti*, 23 NY3d

841 [2014]; *People v Johnson*, 11 NY3d 416 [2008]). In addition, the County Court properly determined that the defendant was not entitled to a downward departure and, thus, properly designated him a level two sex offender (*see People v Wyatt*, 89 AD3d 112 [2011]; *People v Mondo*, 88 AD3d 676 [2011]; *People v Padro*, 84 AD3d 1046 [2011]). Skelos, J.P., Austin, Sgroi and LaSalle, JJ., concur.